# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141318

ALPHONSE LEWIS, JR. and RICCARDO L.
RASPBERRY,
      Plaintiffs-Appellees,

v

                              SC: 141318
                              COA: 287389
AMERICA E. NELSON,                Lake CC: 08-007305-CH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

y1018